IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

BRYAN JOSEPH HARDY,          §
                             §
          Plaintiff,         §
                             §
v.                           §  CIVIL ACTION NO. H-11-3158
                             §
TM CHEMICALS LP,             §
                             §
          Defendant.         §

## <u>FINAL JUDGMENT</u>

In conformity with the Memorandum Opinion entered this date,

it is **ADJUDGED** that Plaintiff take nothing from Defendant.

Defendant is awarded its costs.

**THIS IS A FINAL JUDGMENT.**

**SIGNED** this <u>17</u><sup>th</sup> day of January, 2013, in Houston, Texas.


_____
Nancy K. Johnson
United States Magistrate Judge