IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRYAN JOSEPH HARDY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-11-3158 |
| | § | |
| TM CHEMICALS LP, | § | |
| | § | |
| Defendant. | § | |

### FINAL JUDGMENT

In conformity with the Memorandum Opinion entered this date, it is **ADJUDGED** that Plaintiff take nothing from Defendant.

Defendant is awarded its costs.

**THIS IS A FINAL JUDGMENT.**

**SIGNED** this 17th day of January, 2013, in Houston, Texas.

Nancy K. Johnson
United States Magistrate Judge